**Fill in this information to identify your case:**

Debtor 1: **Radames** (First Name) **** (Middle Name) **Pina** (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: **Northern** District of: **Illinois** (state)

Case number (if known): **19-10559**

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed

Official Form 113

# Chapter 13 Plan

12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| | | Included | Not Included |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ☑ |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | ☐ | ☑ |
| 1.3 | Nonstandard provisions, set out in Part 8 | ☑ | ☐ |

## Part 2: Plan Payments and Length of Plan

**2.1 Debtor(s) will make regular payments to the trustee as follows:**

$360.00 per month for 36 month(s)

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

| Debtor 1 | **Radames** | | **Pina** | Case number | **19-10559** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**2.2 Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*

- ☐ Debtor(s) will make payments pursuant to a payroll deduction order.
- ☑ Debtor(s) will make payments directly to the trustee.
- ☐ Other (specify method of payment):

**2.3 Income tax refunds.**

*Check one.*

- ☐ Debtor(s) will retain any income tax refunds received during the plan term.
- ☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.
- ☑ Debtor(s) will treat income tax refunds as follows: On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee.

**2.4 Additional payments.**

*Check one.*

- ☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is** $12,960.00

## Part 3: Treatment of Secured Claims

**3.1 Maintenance of payments and cure of default, if any.**

*Check all that apply.*

- ☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

| Debtor 1 | Radames | | Pina | Case number | 19-10559 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**3.2  Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

[✓] **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
**The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

**3.3  Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

[ ] **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

[✓] The claims listed below were either:

(a)  incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(b)  incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Collateral | Amount of claim | Interest rate | Monthly plan payment | Estimated total payments by trustee |
|---|---|---|---|---|---|
| Consumer Financial Services | Kia Sportage LX 2WD \| Value: $3,750.00 | $9,000.00 | 6.25% | $55.00<br>Disbursed by:<br>[✓] Trustee<br>[ ] Debtor(s) | $10,503.00 |
| Title Max | Volkswagen Jetta \| Value: $500.00 | $800.00 | 3.25% | $15.00<br>Disbursed by:<br>[✓] Trustee<br>[ ] Debtor(s) | $868.20 |

| Debtor 1 | **Radames** | | **Pina** | Case number | **19-10559** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**3.4 Lien avoidance.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*
**The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

**3.5 Surrender of collateral.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of creditor | Collateral |
|---|---|
| Prestige Financial Services, Inc | 2016 Hyundai Elantra |

| Debtor 1 | Radames | | Pina | Case number | 19-10559 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

## Part 4: Treatment of Fees and Priority Claims

**4.1 General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case but are estimated to be 6.00% of plan payments; and during the plan term, they are estimated to total $777.60

**4.3 Attorney's fees**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $3,850.00

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of

☑ 10.00% of the total amount of these claims, an estimated payment of $2,934.50

☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $0.00 Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

| Debtor 1 | **Radames** | | **Pina** | Case number | **19-10559** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**5.2  Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3  Other separately classified nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

| Debtor 1 | Radames | | Pina | Case number | 19-10559 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

## Part 6: Executory Contracts and Unexpired Leases

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

[✓] **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1** **Property of the estate will vest in the debtor(s) upon.**

*Check the applicable box:*

[ ] plan confirmation.

[✓] entry of discharge

[ ] other

## Part 8: Nonstandard Plan Provisions

**8.1** **Check "None" or List Nonstandard Plan Provisions**

[ ] **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**

1. Commencing with the January 2021 plan payment, Consumer Financial Services shall receive set payments in the amount of $310.00 per month.

2. Commencing 30 days after the filing of the petition, Consumer Financial Services shall receive pre-confirmation adequate protection payments in the amount of $55.00 per month

3. Commencing with the January 2021 plan payment, Title Max shall receive set payments in the amount of $25.00 per month.

4. Title Max is a NON-PMSI creditor and the trustee shall not pay them any pre-confirmation adequate protection payments.

## Part 9: Signature(s):

**9.1** **Signatures of Debtor(s) and Debtor(s)' Attorney**

If the Debtor(s) do not have an attorney, the Debtor(s) must sign below; otherwise the Debtor(s) signatures are optional. The attorney for the Debtor(s), if any, must sign below.

✘ _____
Signature of Debtor 1
Executed on _____
MM / DD / YYYY

✘ _____
Signature of Debtor 2
Executed on _____
MM / DD / YYYY

✘ /s/ Mike Miller
Signature of Attorney for Debtor(s)

Date   4/11/2019
MM / DD / YYYY

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

# Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | $0.00 |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | $0.00 |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | $11,371.20 |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | $0.00 |
| e. | **Fees and priority claims** *(Part 4 total)* | $4,627.60 |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | $2,934.50 |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | $0.00 |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | $0.00 |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | $0.00 |
| j. | **Nonstandard payments** *(Part 8, total)* | + $0.00 |
| | **Total of lines a through j** | $18,933.30 |

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 19-10559-ABG
Radames Pina                                                        Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: cward1                  Page 1 of 2                  Date Rcvd: Apr 12, 2019
                               Form ID: pdf001               Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db             +Radames Pina,    4324 W 31st St,    Chicago, IL 60623-4807
27741794       +AARGON AGENCY,    3025 W SAHARA,    LAS VEGAS, NV 89102-6094
27741796       +American InfoSource LP,    Po Box 71083,    Charlotte, NC 28272-1083
27741797       +Atlas Acquisitions LLC,    PO Box 2386,    Warren, MI 48090
27741799      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: CAINE WEINER,     PO BOX 55848,    SHERMAN OAKS, CA 91413)
27741776       +COLLECTION BUREAU OF A,    25954 EDEN LANDING RD,    HAYWARD, CA 94545-3837
27741789       +City of Chicago - Parking and red Light Tickets,     121 N. LaSalle Street,
                Chicago, IL 60602-1202
27741792       +ComEd - PO Box 6111,    PO Box 6111,    Carol Stream, IL 60197-6111
27741791       +Consumer Financial Services,    300 S. Green Bay Rd,    Waukegan, IL 60085-4822
27741800       +Consumer Portfolio Services, Inc,    19500 Jamboree Rd,    Irvine, CA 92612-2411
27741803       +EOS CCA,    PO BOX 981008,    BOSTON, ME 02298-1008
27741804       +First Premier Bank,    PO Box 5519,    Sioux Falls, SD 57117-5519
27741805       +Great Seneca Financial,    2346 Wisteria Drive,    Suite 220,    Snellville, GA 30078-6174
27741788       +Macneal Hospital,    9039 Collection Center rd,    Chicago, IL 60693-0001
27741793       +Peoples Gas,    200 E. Randolph,    Chicago, IL 60601-6302
27741777        SECURITY CREDIT SERVIC,    2653 W Oxford Loop #108,    Elkton, TN 38455
27741807       +STANISCCONTR,    914 14TH ST POB 480,    MODESTO, CA 95353-0480
27741790       +Title Max,    2834 N Harlem Ave,    Elmwood Park, IL 60707-1637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27741795       +E-mail/Text: EBNProcessing@afni.com Apr 13 2019 01:23:06     AFNI,   404 BROCK DR  PO BOX 309,
                BLOOMINGTON, IL 61701-2654
27741783       +E-mail/Text: ally@ebn.phinsolutions.com Apr 13 2019 01:21:51     ALLY FINANCIAL,
                200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
27741787       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Apr 13 2019 01:24:02
                Advocate Christ Medical Center,    4440 W 95th St,    Oak Lawn, IL 60453-2600
27741785       +E-mail/Text: agency@americanfirstfinance.com Apr 13 2019 01:23:56     American First Finance,
                3515 N Ridge Rd,    Ste 200,   Wichita, KS 67205-1206
27741781       +E-mail/Text: Harris@ebn.phinsolutions.com Apr 13 2019 01:24:32     Arnold Scott Harris,
                111 W. Jackson # 600,    Chicago, IL 60604-3517
27741780       +E-mail/Text: bk@blittandgaines.com Apr 13 2019 01:22:16     Blitt & Gaines,    661 Glenn Ave,
                Wheeling, IL 60090-6017
27741798       +E-mail/Text: compliance@contractcallers.com Apr 13 2019 01:24:35     CCI,
                501 GREEN ST 3RD FL, SUITE 302,    AUGUSTA, GA 30901-4415
27741774       +E-mail/Text: charlie@mccarthy.net Apr 13 2019 01:24:08     CHASMCCARTHY,
                800 Enterprise Drive # 204,    Oak Brook, IL 60523-4217
27741778       +E-mail/Text: mrdiscen@discover.com Apr 13 2019 01:21:53     DISCOVER FIN SVCS LLC,
                PO Box 3025,    New Albany, OH 43054-3025
27741801       +E-mail/Text: bankruptcynotices@dcicollect.com Apr 13 2019 01:23:33     DIVERSIFIED CONSULTANT,
                10550 DEERWOOD PARK BLVD,    JACKSONVILLE, FL 32256-0596
27741802       +E-mail/Text: bknotice@ercbpo.com Apr 13 2019 01:23:02     Enhance Recovery,
                8014 BayBerry Road,    Jacksonville, FL 32256-7412
27741779       +E-mail/Text: admin@fcs2collect.com Apr 13 2019 01:24:05     FINCNTRL SVC,
                P O BOX 668 N114 W19225 CLINTON,    GERMANTOWN, WI 53022-0668
27741786       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 13 2019 01:22:47     MIDLAND FUNDING,
                8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
27741775       +E-mail/Text: bnc@nordstrom.com Apr 13 2019 01:22:06     NORDSTROM/TD BANK USA,    PO BOX 6555,
                ENGLEWOOD, CO 80155-6555
27741782       +E-mail/Text: bankruptcy@gopfs.com Apr 13 2019 01:24:00     Prestige Financial Services, Inc,
                1420 S 500 W,    SALT LAKE CITY, UT 84115-5149
27741784       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 13 2019 01:21:44
                VERIZON WIRELESS,    PO BOX 4002,   Acworth, GA 30101-9003
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27741806       ##+RJM Acquisitions LLC,    575 Underhill Blv # 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: cward1              Page 2 of 2              Date Rcvd: Apr 12, 2019
                              Form ID: pdf001           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Michael A Miller     on behalf of Debtor 1 Radames  Pina mmiller@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2
```